IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR93 |
| vs. | ORDER |
| JIMMY DEBERRY, | |
| Defendant. | |

This matter is before the Court on defendant's second motion for extension of time to respond to the government's brief. Filing No. 77. Counsel requests an extension until July 27, 2020, as defendant is awaiting receipt of his medical records. The government has no objection.

THEREFORE, IT IS ORDERED that defendant's second motion for extension of time, Filing No. 77, is granted. The defendant shall file its response to the government's brief on or before July 30, 2020.

Dated this 20th day of July, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge