IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>      Plaintiffs, <br><br> vs. <br><br> JIMMY DEBERRY, <br><br>      Defendant. | **8:16CR93** <br><br> **ORDER** |

    This matter is before the Court following a hearing, Filing No. 83, regarding defendant's motion for compassionate release, Filing No. 68. After hearing the argument by the parties, the Court orders the United States Probation Office, Omaha, Nebraska to conduct an investigation into defendant's proffered home confinement for possible COVID-19 release as well as provide medical records regarding the defendant from the Bureau of Prisons as well as any disciplinary records from the BOP.

    THEREFORE, IT IS ORDERED THAT the United States Probation Office, Omaha, Nebraska, is hereby ordered to conduct an investigation into defendant's proffered home confinement for possible COVID-19 release and provide medical records regarding the defendant from the Bureau of Prisons as well as any disciplinary records from the BOP. within 10 days of the date of this Order.

    Dated this 13th day of August, 2020.

                                                            BY THE COURT:

                                                            s/ Joseph F. Bataillon
                                                            Senior United States District Judge